**Opinion issued March 14, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-11-01104-CV

———————————

### JOSEPH MILLS AND KATY MILLS, Appellants

### V.

### US BANK NATIONAL ASSOCATION, AS TRUSTEE OF THE RASC 2006KS5 TRUST, Appellee

---

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1125950**

---

## MEMORANDUM OPINION

The parties have filed a "Joint Motion for Summary Reversal and Remand Based on Intervening Texas Supreme Court Decision in *Wood v. HSBC Bank USA, N.A.*, 505 S.W.3d 542 (2016)." The parties jointly "request that this Court

summarily reverse the District Court's decision in light of *Wood*, and remand the case to the District Court for further proceedings." Because both parties are asking this Court to reverse the trial court's judgment, we grant the joint motion. *See* TEX. R. APP. P. 47.1.

We reverse the trial court's judgment and remand for further proceedings. *See* TEX. R. APP. P. 43.2(d).

The Clerk is directed to issue the mandate within 10 days of the date of this opinion. *See* TEX. R. APP. P. 18.1.

## PER CURIAM

Panel consists of Chief Justice Radack and Justices Goodman and Countiss.